UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON PAUL CHESTER,<br><br>  Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF WASHINGTON, et al.,<br><br>  Defendants. | CASE NO. C11-5937BHS<br><br>ORDER DENYING MOTION TO APPOINT COUNSEL |

This matter comes before the Court on Plaintiff John Paul Chester's ("Chester") motion to appoint counsel (Dkt. 7). The Court has reviewed the briefs filed in support of and in opposition to the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

On November 22, 2011, Chester filed a complaint alleging violations of the Americans with Disabilities Act and the Rehabilitation Act. Dkt. 3. On January 4, 2012, Chester filed a motion to appoint counsel. Dkt. 7.

Although the Court, under 28 U.S.C. § 1915(e), can request counsel to represent a party proceeding in forma pauperis, it may do so only in exceptional circumstances. *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of a plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).

ORDER - 1

In this case, the Court finds that Chester has failed to show that exceptional circumstances exist. Chester is well educated and is able to articulate his claims. Moreover, the issues in this case do not appear to be that complex because the elements of Chester's causes of action are relatively simple and straightforward.

Therefore, it is hereby **ORDERED** that Chester's motion to appoint counsel (Dkt. 7) is **DENIED**.

DATED this 25th day of January, 2012.

BENJAMIN H. SETTLE
United States District Judge