1

2

3

4                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
5                              AT TACOMA

6

7   JASON PAUL CHESTER,

                                              CASE NO. C11-5937 BHS
8                    Plaintiff,

                                              ORDER DENYING PLAINTIFF'S
9          v.                                 MOTION FOR SANCTIONS

10  UNIVERSITY OF WASHINGTON et al.,

11                   Defendants.

12

13          This matter comes before the Court on Jason Paul Chester's ("Chester") motion

14  for sanctions (Dkt. 28).  The Court has considered the pleadings filed in support of and in

    opposition to the motion and the remainder of the file and hereby denies the motion for
15
    the reasons stated herein.
16
                              **I. PROCEDURAL HISTORY**
17
            On June 8, 2012, Chester filed the instant motion for sanctions against attorney
18
    Jayne L. Freeman ("Freeman"), counsel for Defendants.  Dkt. 28.  On June 25, 2012,
19
    Defendants filed a response to Chester's motion.  Dkt. 45.  On June 25, 2012, Chester
20
    filed a reply to Defendants' response.  Dkt. 45.
21

22

ORDER - 1

1    On August 21, 2012, the Court denied Chester's motion for attorney's fees and

2 granted in part and denied in part Defendants motion to dismiss. Dkt. 52.

3                                      **II. DISCUSSION**

4    Chester claims that he is requesting sanctions against defense attorney Freeman

5 for creating unnecessary delay, perpetrating criminal fraud in the motion filed, and

6 attempting to impede justice.  Dkt. 28 at 1.  Specifically, Chester alleges that Defendants'

7 motion to dismiss is unwarranted because he has pled sufficiently specific facts; the

8 motion contains "mere recitations of the law;" it also contains "copyrighted material"

9 (presumably, Chester refers to Defendants' citations to case law), which he claims

10 constitutes copyright infringement; the Defendants did not file a notice with the motion,

11 which constitutes "unfair surprise;" no affidavit was filed with Defendants' motion to

12 dismiss, so there is no evidentiary support for the motion; Eleventh Amendment

13 immunity is improperly raised; and the Defendants' citation to cases that are unrelated to

14 the propositions for which they were cited is a "scheme" to "mislead," which Chester

15 maintains is statutory fraud.

16    Defendants' response (Dkt. 45) is a response to both Chester's motion for

17 sanctions (Dkt. 28) and his motion for contempt and sanctions (Dkt. 31).[1]  Defendants

18 maintain that ever since they filed their motion to dismiss (Dkt. 21), Chester "has

19 suddenly and inexplicably filed numerous collateral motions, objections, and notes

20 _____

21    [1] The majority of Defendants' response is dedicated to responding to Chester's second
motion for contempt and sanctions (Dkt. 31). The Court rules on the two motions separately, as
22 the instant motion focuses solely on Defendants' earlier motion to dismiss, on which the Court
has already ruled.

1   alleging misconduct of counsel." Dkt. 45 at 2 (citations to other filings omitted).

2   Defendants further respond that Chester's instant motion is non-sensical; he has been

3   afforded an opportunity to respond in opposition to the merits of the motion; and

4   defendants have not engaged in sanctionable conduct.

5        The Court has granted in part and denied in part Defendants' motion to dismiss.

6   Dkt. 52. In doing so, the Court has examined its form and content, including its

7   arguments and legal support.  Chester's response to Defendants' motion to dismiss has

8   also been considered.  Additionally, after reviewing Chester's current motion, the Court

9   finds that Chester's grounds for seeking sanctions against Defendants, for filing their

10  motion to dismiss or for that motion's content, are entirely without merit.

11                              **III. ORDER**

12       Therefore, it is hereby **ORDERED** that Chester's motion for sanctions is

13  **DENIED**.

14       Dated this 21st day of August, 2012.

15

16

17                              BENJAMIN H. SETTLE
                                United States District Judge

18

19

20

21

22

ORDER - 3